66,195-03   2-5-2015   Pg1 Pg2

*To: Abel Acosta-Clerk of Austin, Texas-Court of Criminal Appeals

RECEIVED IN:
COURT OF CRIMINAL APPEALS
FEB 09 2015
Abel Acosta, Clerk

Hello, I am an inmate presently incarcerated in the TDCJ-Texas Department of Criminal Justice - Prison System.

Mr. Acosta [Clerk-Court of Criminal Appeals-Austin, Texas]; I do not mean to bother you, but I am doing as you had once wrote me back in a short letter; and explained that I should do, as soon as possible, and that is; to have my present and updated adress; wrote down, and sent to you, and requested that you will please help install - put my updated adress; inside - the Very Top Area of my Austin, Texas - Court of Criminal Appeals - Trial Court Case Review - File Folder; so that the Judges that review my case; when they do - which could be soon; will be able to quickly send me my Court of Appeals Review - Information quickly.* Mr. Acosta, I am going to write down, - on the back of this letter; - my present updated adress - Prison Unit in TDCJ, and I need to ask that you will *please help me to get my present updated adress - typed up; and installed in my Court of Appeals - and - County of Dallas, Texas - Trial Folder; upon receiving this short letter; that has my present - updated adress on it, written on back* I would greatly appreciate all of your help today; and please help to write me back and let me know that you did help to type up, and install -

Pg2 →

*[CONTINUED from Page1]: for me; as soon as possible, my — below adress. * Thank you very much Mr. Acosta for all of your help, and please write me back soon, and let me know that you did help to install my typed up — present TDCJ-Prison Unit — Updated Adress. * Take good, and have a good new year 2015.

* Thank You:

- Scott Houchins -

*My Adress

Scott Houchins #1174963

Bill Clements Unit - AdSeg12Bldg - E-2/cell

9601 Spur 591

Amarillo, Texas 79107-9606